```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```
ANDRE D. MUHAMMAD,                              JUDGMENT
                                                08-CV- 3951 (JG)
    Plaintiff,

  -against-

CHAIRMAN OF PAROLE GEORGE B.
ALEXANDER, ADMIN. LAW JUDGE J. COX,
PAROLE SPECIALIST CRAWFORD,
COMMISSIONER JANE OR JOHN DOE,
PAROLE OFFICERS DELUCA, MEDINA,
SERANO and FLEISHMAN, and
SUPERINTENDENT OF ELMIRA CORRECTIONAL
FACILITY, MARK BRADT,

    Defendants.
```
-----------------------------------------------------------------X
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 13 2008 ★
BROOKLYN OFFICE

    A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on November 10, 2008, denying plaintiff's application for injunctive relief; denying plaintiff's request for reconsideration of the Court's Order October 9, 2008 Memorandum and Order; and dismissing the complaint; it is

    ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that plaintiff's application for injunctive relief is denied; that plaintiff's request for reconsideration of the Court's October 9, 2008 Memorandum and Order is denied; and that the complaint is dismissed.

Dated: Brooklyn, New York
       November 12, 2008

                                                    s/Robert C. Heinemann
                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court